303

**RIVERSIDE CEMENT COMPANY, Appellant, v. Ethel Strickland ROGAN, Executrix of the Last Will and Testament of Nat Rogan, Deceased, Appellee.**

No. 11143.

Circuit Court of Appeals, Ninth Circuit.

Jan. 24, 1946.

O'Mclveny & Myers, Maynard J. Toll, and W. Jos McFarland, all of Los Angeles, Cal., for appellant.

Samuel O. Clark, Jr., Asst. Atty. Gen., Sewall Key, Sp. Asst. to Atty. Gen., and Charles H. Carr, U. S. Atty., E. H. Mitchell, and George M. Bryant, Asst. U. S. Attys., and Eugene Harpole, Sp. Atty., Bureau of Int. Revenue, all of Los Angeles, Cal., for appellee.

Before GARRECHT, BONE, and ORR, Circuit Judges.

PER CURIAM.

Upon consideration of the stipulation of counsel for respective parties, and good cause therefor appearing, it is ordered that the appeal in above cause be dismissed, without costs to either party, that a judgment be filed and entered accordingly, and that the mandate of this court in this cause issue forthwith.

**In the Matter of UNION FABRICS, Inc., Bankrupt; Leonard H. Carter, Trustee in Bankruptcy, Appellee; Abraham Jeskowitz, Appellant.**

No. 203.

Circuit Court of Appeals, Second Circuit.

Feb. 14, 1946.

Writ of Certiorari Denied May 6, 1946.

See 66 S.Ct. 1015.

Samuel Masia, of New York City (Archibald Palmer, of New York City, of counsel), for appellant.

Leslie Kirsch, of New York City (Glass & Lynch and Parker, Chapin & Flatteau, all of New York City, of counsel), for appellee.

Before SWAN, CLARK, and FRANK, Circuit Judges.

PER CURIAM.

Order affirmed in open court.

**UNITED STATES of America v. Martha CHOATE, also Known as Mrs. I. R. Choate, and A. J. Spadden.**

No. 3290.

Circuit Court of Appeals, Tenth Circuit.

Jan. 31, 1946.

K. Gill Shaffer, Asst. U. S. Atty., of Albuquerque, N. M., for appellant.

Otto Smith, of Clovis, N. M., for appellee.

Before PHILLIPS, Circuit Judge, and SYMES, District Judge.

PER CURIAM.

Appeal docketed and dismissed on motion of appellant and pursuant to stipulation.